**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

Re:   MDL 09-cv-02028 JW  In re: Edward H. Okun Internal Revenue Service Tax Deferred Exchange Litigation

Dear Sir/Madam:

  Please be advised that for administrative purposes, the above entitled MDL action case number shall be changed from its current format in CM/ECF from M:09-cv-02028 JW to **5:09-md-02028 JW**.  The case title shall remain as presently captioned.

  Nothing in this notice is intended to supplement or supersede any information outlined in the court's Pretrial Order No. 1 or subsequent pretrial orders.

Sincerely yours,

Snooki Puli
Deputy Clerk

cc: Counsel
    MDL