IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Edward H. Okun Internal Revenue Service Tax Deferred Exchange Litigation | NO. MDL 09-02028 JW<br><br>**ORDER TERMINATING CASE; RECOMMENDING REMAND OF MDL ACTION** |

This multi-district case, along with several related actions within the Northern District of California, was reassigned to Magistrate Judge Spero on July 10, 2012. (See Docket Item No. 21.) However, prior to reassignment, the parties in the Quirk Infiniti, Inc. v. Wachovia Bank, N.A. action had reached a settlement as to the claims in this case, and those parties were dismissed as the result of the settlement.[1] (See Docket Item Nos. 6, 8.) In addition, on August 3, 2012, the parties appeared before Judge Spero, who granted Plaintiffs' oral Motion to Dismiss the remaining individual Defendants–Okun, Coleman, and Fields–in the MDL case. (See Docket Item No. 24.) On August 8, 2012, the case was reassigned to Chief Judge Ware. (See Docket Item No. 25.)

---

[1] This MDL case consisted, in its entirety, of (1) the Quirk action, which originated in the District of Massachusetts; and (2) Hunter v. Okun, No. C 07-02795, which originated in the Northern District of California. (See Docket Item No. 1.) Thus, with the resolution of the Quirk action, the multi-district component of this case was brought to a close.

Accordingly, in light of the parties' settlement and dismissals, the Court TERMINATES this case. In light of this Order, the Court RECOMMENDS to the MDL Panel that it remand this action to its transferor districts.[2]

The Clerk shall close this file.

Dated: August 8, 2012

JAMES WARE
United States District Chief Judge

---

[2] See J.M.D.L. R. 10.1; see also In re TMJ Implants Prods. Liability Litig., 872 F. Supp. 1019, 1038 (D. Minn. 1995) (explaining that if a transferee judge determines that any action or claim is "ready for remand because the common pretrial proceedings pertaining to that action or claim have been completed and the action or claim would no longer benefit from inclusion in the coordinated or consolidated pretrial proceedings, the transferee judge may suggest to the Panel that the Panel remand the action or claim to its transferor district").

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen W. Burton aburton@omm.com
Allison Lane Cooper acooper@kksrr.com
Anthony Robert Zelle tzelle@zelmcd.com
Bradley J. Lingo blingo@gibsondunn.com
Brett Alan Broge bbroge@lerchsturmer.com
Brian P. McDonough bmcdonough@zelmcd.com
Carol Lynn Thompson cthompson@sidley.com
Christopher Ashworth ca@svlg.com
Cindy Hamilton hamiltonc@gtlaw.com
Debra Steel Sturmer Dsturmer@lerchsturmer.com
Eileen Regina Ridley eridley@foley.com
Ethan D. Dettmer edettmer@gibsondunn.com
F. Joseph Warin fwarin@gibsondunn.com
Irwin R Gilbert igilbert@bizlit.net
James Carnegie Krieg jkrieg@kksrr.com
Jeffrey Noah Labovitch jlabovitch@mwwllp.com
Jennifer Robin McGlone jmcglone@kksrr.com
Jerome Nathan Lerch jlerch@lerchsturmer.com
John Kenneth Van De Weert jvandeweert@sidley.com
Jonathan Matthew Blute jblute@mpbf.com
Karen Rosenthal rosenthalk@gtlaw.com
Katherine R. Catanese kcatanese@foley.com
Kevin Michael Fee kfee@sidley.com
Lawrence A Kellogg lak@lkllaw.com
Madeline Anne Zamoyski mzamoyski@omm.com
Mark Bruce Blocker mblocker@sidley.com
Michael Drury mdrury@mwwllp.com
Michael P. Denver mpdenver@hbsb.com
Patrick T. Wong pwong@foley.com
R. Van Swearingen vswearingen@sidley.com
Robert A. Curtis rcurtis@foleybezek.com
Robert Louis Brace rlbrace@hbsb.com
Scott A. Fink sfink@gibsondunn.com
Stephen F. Gordon sgordon@gordonfirm.com
Thomas G. Foley tfoley@foleybezek.com
Thomas Reynolds Heisler theisler@sidley.com
Thomas W. Evans tevans@zelmcd.com
Timothy J. Halloran thalloran@mpbf.com
Todd Barnett Gordon tgordon@gordonfirm.com
Wayne Allen Schrader wschrader@gibsondunn.com
William J. Goines goinesw@gtlaw.com

**Dated: August 8, 2012**          **Richard W. Wieking, Clerk**

                                    **By:   /s/ JW Chambers**
                                          **William Noble**
                                          **Courtroom Deputy**

United States District Court
For the Northern District of California